*E-Filed 5/18/10*

MICHAEL J. IOANNOU (SBN 95208)
DANIEL P. MCKINNON (SBN 234749)
ROPERS, MAJESKI, KOHN & BENTLEY
50 West San Fernando Street, Suite 1400
San Jose, CA  95113-2429
Telephone:  (408) 287-6262
Facsimile:  (408) 918-4501
Email:  mioannou@rmkb.com;
          dmckinnon@rmkb.com

Attorneys for Defendant
WIPRO, INC., a Delaware Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PRAVIN JAIN, RANDY HOLTHAUS, DILIP KUKREJA, MARK WARNER, and DOUGLAS TANNER,<br><br>             Plaintiffs,<br><br>      v.<br><br>WIPRO, INC., a Delaware corporation, and DOES 1 through 100, inclusive,<br><br>             Defendants. | CASE NO.  5:09-cv-02743-RS<br><br>**STIPULATION TO MODIFY CASE MANAGEMENT SCHEDULING ORDER; xxxxxxxxxxxxxx xx ORDER** |

IT IS HEREBY STIPULATED, by and between Plaintiffs PRAVIN JAIN, RANDY

HOLTHAUS, DILIP KUKREJA, MARK WARNER, and DOUGLAS TANNER (collectively

"Plaintiffs") and Defendant WIPRO, INC. ("Wipro" or "Defendant"), through their respective

counsel of record, and pursuant to Civil Local Rule 6-2, that the dates set forth in the Case

Management Scheduling Order filed on October 21, 2009 ("Scheduling Order") (Doc. No. 22) be

modified as follows:

| | |
|---|---|
| Close of Non-Expert Discovery | November 12, 2010 (currently August 6, 2010) |
| Further Case Management Conference | November 17, 2010 (currently August 11, 2010) |
| Plaintiffs' Disclosure of Experts | November 19, 2010 (currently August 13, 2010) |

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Jose

- 1 -

**Stipulation to Modify Scheduling Order**

| Defendant's Disclosure of Experts | November 30, 2010 (currently August 27, 2010) |
| Pretrial Motions Heard No Later Than | January 19, 2011 (currently December 8, 2010) |

The parties stipulate to modification of the Scheduling Order because this case involves factually intensive discovery based on numerous events that occurred over a two year period and involving Wipro's many divisions, lines of businesses, and employees.  The parties have already identified, processed, and exchanged over 76 gigabytes of electronically stored information ("ESI") and other documents through initial disclosures and written discovery, and are continuing to produce large volumes of ESI and other documents on a rolling basis.  The production has been time consuming due to the amount of documents involved, Wipro's documents being located in India, conversion of native files to searchable bates stamped images, and rendering corrupt files readable.

Further, there are a number of witnesses that are located throughout the United States, India, and potentially other countries.  Although the parties have agreed to work together to facilitate discovery, coordinating the schedules of attorneys, clients, and other percipient witnesses for depositions both here and potentially abroad will add to the reasonable time the parties will need to complete discovery.  Service of process on non-party witnesses located abroad through the Hague Convention, letters rogatory, or other methods for procuring documents and testimony abroad, will also add to the amount of time required to complete discovery.

The parties have previously entered into stipulations related to Plaintiffs' filing of an amended complaint and extending the time to respond to the complaint.  (Doc. Nos. 4, 5, 7, 8, and 10.)  The proposed modification of the Scheduling Order does not change the dates currently set for submission of Pre-Trial Statements, the Pre-Trial Conference, or Trial.  Its effect is to provide the parties with a reasonable time to complete discovery prior to the date currently set for trial.

IT IS SO STIPULATED:

///

///

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Jose

1  Dated: May 17, 2010                    ROPERS, MAJESKI, KOHN & BENTLEY

2

3                                          By: /s/ Michael J. Ioannou
                                              MICHAEL J. IOANNOU
4                                             Attorneys for Defendant
                                              WIPRO, INC.
5  Dated: May 17, 2010                    SUSMAN GODFREY LLP

6

7

8                                          By: /s/ Stephen E. Morrissey
                                              STEPHEN E. MORRISSEY
9                                             Attorneys for Plaintiffs
                                              PRAVIN JAIN, RANDY HOLTHAUS,
10                                            DILIP KUKREJA, MARK WARNER, and
                                              DOUGLAS TANNER
11

12

13      I, Michael J. Ioannou, am the ECF user whose identification and password are being used

14  to file this stipulation.  In compliance with General Order 45.X.B, I hereby attest that the other

15  signatory has concurred in this filing.

16  Dated: May 17, 2010                    ROPERS, MAJESKI, KOHN & BENTLEY

17

18                                          By: /s/ Michael J. Ioannou
                                              MICHAEL J. IOANNOU
19                                             Attorneys for Defendant
                                              WIPRO, INC.
20

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28

*Ropers Majeski Kohn & Bentley*
*A Professional Corporation*
*San Jose*

1

[PROPOSED] ORDER

2

      Pursuant to the above stipulation,

3

      IT IS HEREBY ORDERED that the dates set forth in the Case Management Scheduling

4

Order filed on October 21, 2009 (Doc. No. 22) are modified as follows:

5

6

7

8

9

| | |
|---|---|
| Close of Non-Expert Discovery | November 12, 2010 |
| Further Case Management Conference | November 18 ~~17~~, 2010 |
| Plaintiffs' Disclosure of Experts | November 19, 2010 |
| Defendant's Disclosure of Experts | November 30, 2010 |
| Pretrial Motions Heard No Later Than | January 19, 2011 |

10

11

12

Dated: ___5/18/10___

_____
RICHARD SEEBORG
United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Jose