*E-Filed 5/18/10*

1  MICHAEL J. IOANNOU (SBN 95208)
   DANIEL P. MCKINNON (SBN 234749)
2  ROPERS, MAJESKI, KOHN & BENTLEY
   50 West San Fernando Street, Suite 1400
3  San Jose, CA  95113-2429
   Telephone:  (408) 287-6262
4  Facsimile:  (408) 918-4501
   Email:  mioannou@rmkb.com;
5          dmckinnon@rmkb.com

6  Attorneys for Defendant
   WIPRO, INC., a Delaware Corporation
7

8                      UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10                            SAN JOSE DIVISION

| | |
|---|---|
| PRAVIN JAIN, RANDY HOLTHAUS, DILIP KUKREJA, MARK WARNER, and DOUGLAS TANNER,<br><br>Plaintiffs,<br><br>v.<br><br>WIPRO, INC., a Delaware corporation, and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO.  5:09-cv-02743-RS<br><br>**STIPULATION TO MODIFY CASE MANAGEMENT SCHEDULING ORDER;** xxxxxxxxxxxxxx xx **ORDER**<br>AS MODIFIED BY THE COURT |

   IT IS HEREBY STIPULATED, by and between Plaintiffs PRAVIN JAIN, RANDY HOLTHAUS, DILIP KUKREJA, MARK WARNER, and DOUGLAS TANNER (collectively "Plaintiffs") and Defendant WIPRO, INC. ("Wipro" or "Defendant"), through their respective counsel of record, and pursuant to Civil Local Rule 6-2, that the dates set forth in the Case Management Scheduling Order filed on October 21, 2009 ("Scheduling Order") (Doc. No. 22) be modified as follows:

| | |
|---|---|
| Close of Non-Expert Discovery | November 12, 2010 (currently August 6, 2010) |
| Further Case Management Conference | November 17, 2010 (currently August 11, 2010) |
| Plaintiffs' Disclosure of Experts | November 19, 2010 (currently August 13, 2010) |

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Jose

RC1/5581426.1/KM3      - 1 -      **CASE NO.  5:09-cv-02743-RS**
**Stipulation to Modify Scheduling Order**

| Defendant's Disclosure of Experts | November 30, 2010 (currently August 27, 2010) |
|---|---|
| Pretrial Motions Heard No Later Than | January 19, 2011 (currently December 8, 2010) |

The parties stipulate to modification of the Scheduling Order because this case involves factually intensive discovery based on numerous events that occurred over a two year period and involving Wipro's many divisions, lines of businesses, and employees. The parties have already identified, processed, and exchanged over 76 gigabytes of electronically stored information ("ESI") and other documents through initial disclosures and written discovery, and are continuing to produce large volumes of ESI and other documents on a rolling basis. The production has been time consuming due to the amount of documents involved, Wipro's documents being located in India, conversion of native files to searchable bates stamped images, and rendering corrupt files readable.

Further, there are a number of witnesses that are located throughout the United States, India, and potentially other countries. Although the parties have agreed to work together to facilitate discovery, coordinating the schedules of attorneys, clients, and other percipient witnesses for depositions both here and potentially abroad will add to the reasonable time the parties will need to complete discovery. Service of process on non-party witnesses located abroad through the Hague Convention, letters rogatory, or other methods for procuring documents and testimony abroad, will also add to the amount of time required to complete discovery.

The parties have previously entered into stipulations related to Plaintiffs' filing of an amended complaint and extending the time to respond to the complaint. (Doc. Nos. 4, 5, 7, 8, and 10.) The proposed modification of the Scheduling Order does not change the dates currently set for submission of Pre-Trial Statements, the Pre-Trial Conference, or Trial. Its effect is to provide the parties with a reasonable time to complete discovery prior to the date currently set for trial.

IT IS SO STIPULATED:

///

///

RC1/5581426.1/KM3 - 2 - **CASE NO. 5:09-cv-02743-RS**

**Stipulation to Modify Scheduling Order**

| | |
|---|---|
| Dated: May 17, 2010 | ROPERS, MAJESKI, KOHN & BENTLEY |
| | By: /s/ Michael J. Ioannou |
| | MICHAEL J. IOANNOU |
| | Attorneys for Defendant |
| | WIPRO, INC. |
| Dated: May 17, 2010 | SUSMAN GODFREY LLP |
| | By: /s/ Stephen E. Morrissey |
| | STEPHEN E. MORRISSEY |
| | Attorneys for Plaintiffs |
| | PRAVIN JAIN, RANDY HOLTHAUS, DILIP KUKREJA, MARK WARNER, and DOUGLAS TANNER |

I, Michael J. Ioannou, am the ECF user whose identification and password are being used to file this stipulation.  In compliance with General Order 45.X.B, I hereby attest that the other signatory has concurred in this filing.

| | |
|---|---|
| Dated: May 17, 2010 | ROPERS, MAJESKI, KOHN & BENTLEY |
| | By: /s/ Michael J. Ioannou |
| | MICHAEL J. IOANNOU |
| | Attorneys for Defendant |
| | WIPRO, INC. |

///
///
///
///
///
///
///

[PROPOSED] ORDER

Pursuant to the above stipulation,

IT IS HEREBY ORDERED that the dates set forth in the Case Management Scheduling Order filed on October 21, 2009 (Doc. No. 22) are modified as follows:

| | |
|---|---|
| Close of Non-Expert Discovery | November 12, 2010 |
| Further Case Management Conference | November ~~17~~ 18, 2010 |
| Plaintiffs' Disclosure of Experts | November 19, 2010 |
| Defendant's Disclosure of Experts | November 30, 2010 |
| Pretrial Motions Heard No Later Than | January 19, 2011 |

Dated: 5/18/10

RICHARD SEEBORG
United States District Judge