*E-Filed 9/10/10*

MICHAEL J. IOANNOU (SBN 95208)
DANIEL P. McKINNON (SBN 234749)
ROPERS, MAJESKI, KOHN & BENTLEY
50 West San Fernando Street, Suite 1400
San Jose, CA  95113-2429
Telephone:  (408) 287-6262
Facsimile:  (408) 918-4501
Email:  mioannou@rmkb.com;
         dmckinnon@rmkb.com

Attorneys for Defendant
WIPRO, INC., a Delaware Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PRAVIN JAIN, RANDY HOLTHAUS, DILIP KUKREJA, MARK WARNER, and DOUGLAS TANNER,<br><br>Plaintiffs,<br><br>v.<br><br>WIPRO, INC., a Delaware corporation,<br><br>Defendants. | CASE NO.  5:09-cv-02743-RS<br><br>**STIPULATION TO MODIFY CASE MANAGEMENT SCHEDULING ORDER; [PROPOSED] ORDER** |

IT IS HEREBY STIPULATED, by and between Plaintiffs PRAVIN JAIN, RANDY HOLTHAUS, DILIP KUKREJA, MARK WARNER, and DOUGLAS TANNER (collectively "Plaintiffs") and Defendant WIPRO, INC. ("Wipro" or "Defendant"), through their respective counsel of record, and pursuant to Civil Local Rule 6-2, that the dates set forth in the modified Case Management Scheduling Order filed May 18, 2010 ("Scheduling Order") (Docket No. 28) be modified as follows:

| | |
|---|---|
| Close of Non-Expert Discovery | January 12, 2011 (currently November 12, 2010) |
| Plaintiffs' Disclosure of Experts | January 19, 2011 (currently November 19, 2010) |
| Defendant's Disclosure of Experts | January 31, 2011 (currently November 30, 2010) |

| | |
|---|---|
| Further Case Management Conference | February 2, 2011 (currently December 9, 2011) |
| Pretrial Motions Heard No Later Than | February 18, 2011 (currently January 19, 2011) |
| Pretrial Statements Submitted By | February 18, 2011 (currently February 9, 2011) |
| Pretrial Conference | February 28, 2011 (currently February 23, 2011) |

The parties stipulate to modification of the Scheduling Order because this case involves factually intensive discovery based on numerous events that occurred over a two-year period and involving Wipro's many divisions, lines of businesses, and employees. The parties have already identified, processed, and exchanged over 88 gigabytes of electronically stored information ("ESI") and other documents through initial disclosures and written discovery, and are continuing to produce large volumes of ESI and other documents on a rolling basis. The production has been time consuming due to the amount of documents involved, Wipro's documents being located in India, conversion of native files to searchable Bates-stamped images, and rendering corrupt files readable.

The parties have also engaged in third-party discovery. Many of the third-party witnesses are located in India, requiring additional time to resolve issues related to third-party production. There are a number of witnesses that are located throughout the United States, India, and potentially other countries. The parties are working together to facilitate discovery, coordinating the schedules of attorneys, clients, and other percipient witnesses for depositions both here and in India. The parties are arranging to travel to India in November, 2010, in order to take several depositions of key witnesses that are necessary for the investigation of both the Plaintiffs' claims and Defendant's defenses. Several of the witnesses are non-parties, and service of process on non-party witnesses located abroad through the Hague Convention, letters rogatory, or other methods for procuring documents and testimony abroad, add to the amount of time required to complete discovery. In order to accommodate traveling to India in November, the parties have agreed to extend the close of non-expert and expert discovery.

The parties have previously entered into stipulations related to Plaintiffs' filing of an amended complaint and extending the time to respond to the complaint. (Docket Nos. 4, 5, 7, 8,

and 10.) The parties also stipulated to modify the original scheduling order to extend the discovery cut-off. (Docket No. 28.) However, the parties need additional time to complete discovery. The proposed modification of the Scheduling Order does not change the date currently set for Trial. Its effect is to provide the parties with a reasonable time to complete discovery prior to the date currently set for trial.

IT IS SO STIPULATED:

Dated: September 8, 2010                          ROPERS, MAJESKI, KOHN & BENTLEY

                                                  By: /s/ Michael J. Ioannou
                                                      MICHAEL J. IOANNOU
                                                      Attorneys for Defendant
                                                      WIPRO, INC.

Dated: September 8, 2010                          SUSMAN GODFREY LLP

                                                  By: /s/ Stephen E. Morrissey
                                                      STEPHEN E. MORRISSEY
                                                      Attorneys for Plaintiffs
                                                      PRAVIN JAIN, RANDY HOLTHAUS,
                                                      DILIP KUKREJA, MARK WARNER, and
                                                      DOUGLAS TANNER

I, Michael J. Ioannou, am the ECF user whose identification and password are being used to file this stipulation. In compliance with General Order 45.X.B, I hereby attest that the other signatory has concurred in this filing.

Dated: September 3, 2010                          ROPERS, MAJESKI, KOHN & BENTLEY

                                                  By: /s/ Michael J. Ioannou
                                                      MICHAEL J. IOANNOU
                                                      Attorneys for Defendant
                                                      WIPRO, INC.

## [PROPOSED] ORDER

Pursuant to the above stipulation,

IT IS HEREBY ORDERED that the dates set forth in the Case Management Scheduling Order filed on October 21, 2009 (Docket No. 22) and modified on May 18, 2010 (Docket No. 28)

are modified as follows:

| | |
|---|---|
| Close of Non-Expert Discovery | January 12, 2011 |
| Plaintiffs' Disclosure of Experts | January 19, 2011 |
| Defendant's Disclosure of Experts | January 31, 2011 |
| Further Case Management Conference | ~~February 2, 2011~~ February 3, 2011 at 10:00 a.m. |
| Pretrial Motions Heard No Later Than | February 18, 2011 |
| Pretrial Statements Submitted By | February 18, 2011 |
| Pretrial Conference | ~~February 28, 2011~~ March 3, 2011 at 10:00 a.m. |

Trial: March 7, 2011 at 9:00 a.m. in San Francisco, Courtroom #3, 17th Floor.

Dated: 9/9/10

_____
RICHARD SEEBORG
United States District Judge