*E-Filed 12/15/10*

1  STEPHEN E. MORRISSEY (187865)
   SUSMAN GODFREY L.L.P.
2  1901 Avenue of the Stars, Suite 950
   Los Angeles, CA 90067-6029
3  Telephone:  (310) 789-3100
   Fax:  (310) 789-3150
4  Email:  smorrissey@susmangodfrey.com

5
   DANIEL J. WALKER (admitted *pro hac vice*)
6  SUSMAN GODFREY L.L.P.
   1201 Third Avenue, Suite 3800
7  Seattle, WA 98101-3000
   Telephone:  (206) 516-3880
8  Fax:  (206) 516-3883
   Email:  dwalker@susmangodfrey.com
9  *Attorneys for Plaintiffs*

10

11                **UNITED STATES DISTRICT COURT**
                  **NORTHERN DISTRICT OF CALIFORNIA**
12                     **SAN JOSE DIVISION**

13  PRAVIN JAIN, RANDY HOLTHAUS, DILIP        Case No.:  5:09-cv-02743-RS
    KUKREJA, MARK WARNER, and DOUGLAS
14  TANNER,                                   **[~~PROPOSED~~] ORDER RE
                                              STIPULATION TO MODIFY CASE
15                                            SCHEDULE**
                Plaintiffs,
16
    vs.
17
    WIPRO, INC., a Delaware corporation, and
18  DOES 1 THROUGH 100,

19              Defendants.

20

21

22

23

24

25

26

27

28

1        Plaintiffs Pravin Jain, Randy Holthaus, Dilip Kukreja, Mark Warner, and Douglas Tanner

2    (collectively "Plaintiffs") and Defendant Wipro, Inc. ("Wipro") agree as follows:

3        The parties have been working diligently to complete discovery before the current January

4    12, 2011 deadline for non-expert discovery set forth in the modified Case Management Scheduling

5    Order, entered on September 10, 2010 ("Scheduling Order") (Docket No. 33).   This discovery

6    includes depositions of several key witnesses located in India.

7        The parties agreed to take the depositions of the India-based witnesses during the week of

8    January 10, 2011, but two of the witnesses, Suresh Vaswani and Suresh Senapaty, subsequently

9    became unavailable for that week.

10        To accommodate the witnesses' schedules and leave sufficient time for trial preparation,

11    the parties agreed to continue the pre-trial and trial dates if the parties would commit to make its

12    witnesses, including Mr. Vaswani and Mr. Senapaty, available during the week of February 7,

13    2011.

14        Consequently, IT IS HEREBY STIPULATED between Plaintiffs and Wipro, through their

15    respective counsel of record, and pursuant to Civil Local Rule 6-2, that, to the extent allowed by

16    the Court's calendar, the dates set forth in the Scheduling Order be modified as follows:

| | |
|---|---|
| Close of Non-Expert Discovery | February 28, 2011 |
| Plaintiffs' Expert Disclosures | March 7, 2011 |
| Defendant's Expert Disclosures | March 18, 2011 |
| Further Case Management Conference | March 24, 2011 @ 10:00 a.m. |
| Close of Expert Discovery | April 4, 2011 |
| Meet and Confer re Pretrial Conference | April 7, 2011 |
| Pretrial Motions Heard No Later Than | April 18, 2011 |
| Submit Pretrial Statements | April 18, 2011 |
| Final Pre-Trial Conference | April 28, 2011 @ 10:00 a.m. |
| Jury Trial Begins | May 2, 2011 |

[Proposed] Order Re Stipulation To Modify Case Schedule

1382419v1/011249

1      IT IS SO STIPULATED.

2   Dated:  December 14, 2010                    SUSMAN GODFREY LLP

3

4

5                                               By:   */s/ Stephen E. Morrissey*

6                                               Stephen E. Morrissey (187865)
                                                1901 Avenue of the Stars, Suite 950
7                                               Los Angeles, CA 90067-6029
                                                (310) 789-3100
8                                               (310) 789-3150 (fax)
                                                Email:  smorrissey@susmangodfrey.com
9
                                                Daniel J. Walker (admitted *pro hac vice*)
10                                              SUSMAN GODFREY L.L.P.
                                                1201 Third Avenue, Suite 3800
11                                              Seattle, Washington 98101-3000
                                                (206) 516-3880
12                                              (206) 516-3883 (fax)
                                                Email:  dwalker@susmangodfrey.com
13
                                                *Attorneys for Plaintiffs*
14

15  Dated:  December 14, 2010                    MICHAEL J. IOANNOU
                                                DANIEL P. MCKINNON
16                                              ROPERS, MAJESKI, KOHN & BENTLEY

17
                                                By:   */s/ Michael J. Ioannou (with permission)*
18                                                    Michael J. Ioannou
                                                *Attorneys for Defendant Wipro, Inc.*
19

20

21      I, Stephen E. Morrissey, am the ECF user whose identification and password are being

22  used to file this [proposed] order re stipulation to modify case schedule. In compliance with

23  General Order 45.X.B, I hereby attest that the other signatory has concurred in this filing.

24
    Dated: December 14, 2010                     SUSMAN GODFREY L.L.P.
25

26                                              By: /s/ Stephen E. Morrissey
                                                STEPHEN E. MORRISSEY
27                                              Attorneys for Plaintiffs Pravin Jain, Randy Holthaus,
                                                Dilip Kukreja, Mark Warner, And Douglas Tanner
28
                                                    2                    Case No. 5:09-CV-02743 RS
                                   [Proposed] Order Re Stipulation To Modify Case Schedule

1

## [PROPOSED] ORDER

2

Pursuant to stipulation, IT IS HEREBY ORDERED, that the dates set forth in the modified

3

Case Management Scheduling Order, entered on September 10, 2010 ("Scheduling Order")

4

(Docket No. 33) be modified as follows:

5

| | |
|---|---|
| Close of Non-Expert Discovery | February 28, 2011 |
| Plaintiffs' Expert Disclosures | March 7, 2011 |
| Defendant's Expert Disclosures | March 18, 2011 |
| Further Case Management Conference | March 24, 2011 @ 10:00 a.m. |
| Close of Expert Discovery | April 4, 2011 |
| Meet and Confer re Pretrial Conference | April 7, 2011 |
| Dispositive ~~Pretrial~~ Motions Heard No Later Than | ~~April 18, 2011~~   April 7, 2011 |
| Submit Pretrial Statements | April 18, 2011 |
| Final Pre-Trial Conference | April 28, 2011 @ 10:00 a.m. |
| Jury Trial Begins | ~~May 2, 2011~~   May 9, 2011   @ 10:00 a.m. |

16

IT IS FURTHER ORDERED that the parties make their India-based witnesses, Sanjeesh

17

Gupta, Deepak Chandran, Bipin Paracha, Krishnan Subramanian, Neeraj Jaitley, Dilip Kukreja,

18

Rhagavendran Swaminathan, Suresh Vaswani, Indroneel Dutt, and Suresh Senapaty, available for

19

deposition the week of February 7, 2011.

20

21

Dated:   12/14/10         , 2010

22

23

By:  _____

Honorable Richard Seeborg
UNITED STATES DISTRICT JUDGE

24

25

26

27

28

~~[Proposed]~~ Order Re Stipulation To Modify Case Schedule

1382419v1/011249