*E-Filed 3/4/11*

MICHAEL J. IOANNOU (SBN 95208)
LITA M. VERRIER (181183)
DANIEL P. McKINNON (SBN 234749)
**ROPERS, MAJESKI, KOHN & BENTLEY**
50 West San Fernando Street, Suite 1400
San Jose, CA  95113-2429
Telephone:  (408) 287-6262
Facsimile:  (408) 918-4501
mioannou@rmkb.com
lverrier@rmkb.com
dmckinnon@rmkb.com

Attorneys for Defendant
WIPRO, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PRAVIN JAIN, RANDY HOLTHAUS, DILIP KUKREJA, MARK WARNER and DOUGLAS TANNER,<br><br>Plaintiffs,<br><br>v.<br><br>WIPRO, INC., a Delaware corporation,<br><br>Defendant. | CASE NO.  5:09-cv-02743 RS<br>AMENDED<br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY CASE SCHEDULE**<br><br>Judge:  The Honorable Richard Seeborg |

1   Plaintiffs Pravin Jain, Randy Holthaus, Dilip Kukreja, Mark Warner, and Douglas Tanner
2   (collectively "Plaintiffs") and Defendant Wipro, Inc. ("Wipro") agree as follows:

3   The parties have been working diligently to complete discovery before the current
4   February 28, 2011 deadline for non-expert discovery set forth in the modified Case Management
5   Scheduling Order entered on December 14, 2010 ("Scheduling Order") (Docket No. 51).  This
6   discovery included depositions of key witnesses located in India.  During the first two weeks of
7   February, 2011, the parties traveled to and conducted nine depositions in India, including Wipro's
8   corporate representatives, a plaintiff, and non-party witnesses who live in India.

9   During these depositions, the parties discovered additional discovery that needed to be
10  completed, including the exchange of additional electronically stored information ("ESI")
11  maintained in India on back-up drives or tapes by Plaintiffs and Defendant, and depositions of
12  additional witnesses.  The parties are retrieving this ESI and processing it for production.  The
13  exchange of this additional ESI will complete the parties' production of the large volume of ESI
14  that has already been exchanged through the parties' initial disclosures and written discovery.
15  The parties have also been working to schedule the depositions of the additional witnesses.

16  The parties have also not received the transcripts for the witnesses whose depositions were
17  completed in India.  These deposition transcripts are of key witnesses, and will be used in moving
18  and/or opposing the parties' respective motions for summary judgment/adjudication.  Under the
19  current Scheduling Order, the parties would not have the transcripts to use in support of their
20  respective motions, since dispositive motions would be filed on March 3, 2011.

21  To allow the parties to produce the additional ESI, accommodate the witnesses' schedules,
22  obtain the transcripts of the witnesses whose depositions were taken in India, and leave sufficient
23  time for trial preparation, the parties agreed to a short continuance of all pre-trial and trial dates.
24  The parties further agree this will be the final modification of the scheduling order.

25  Consequently, IT IS HEREBY STIPULATED between Plaintiffs and Wipro, through
26  their respective counsel of record, and pursuant to Civil Local Rule 6-2, that, to the extent
27  allowed by the Court's calendar, the dates set forth in the Scheduling Order be modified as
28  follows:

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Jose

| | |
|---|---|
| Close of Non-Expert Discovery | March 28, 2011 |
| Plaintiffs' Expert Disclosures | April 7, 2011 |
| Defendant's Expert Disclosures | April 18, 2011 |
| Further Case Management Conference | ~~April 21, 2011 @ 10:00 a.m.~~ 3/31/11 @ 10:00 AM |
| Close of Expert Discovery | May 4, 2011 |
| Meet and Confer re Pretrial Conference | May 9, 2011 |
| Dispositive Motions Heard No Later Than | ~~May 5, 2011~~ April 21, 2011 |
| Submit Pretrial Statements | May 18, 2011 |
| Final Pre-Trial Conference | May 26, 2011 @ 10:00 a.m. |
| Jury Trial Begins | June 6, 2011 |

IT IS SO STIPULATED.

Dated: March 3, 2011                         SUSMAN GODFREY LLP

                                             By: /s/ Stephen E. Morrissey
                                                 STEPHEN E. MORRISSEY

                                             Attorneys for Plaintiffs
                                             Pravin Jain, Randy Holthaus, Dilip
                                             Kukreja, Mark Warner and Douglas Tanner

Dated: March 3, 2011                         ROPERS, MAJESKI, KOHN & BENTLEY

                                             By: /s/ Michael J. Ioannou
                                                 MICHAEL J. IOANNOU

                                             Attorneys for Defendant
                                             WIPRO, INC.

I, Michael J. Ioannou, am the ECF user whose identification and password are being used to file this stipulation. In compliance with General Order 45.X.B, I hereby attest that the other signatory has concurred in this filing.

Dated: March 3, 2011                         ROPERS, MAJESKI, KOHN & BENTLEY

                                             By: /s/ Michael J. Ioannou
                                                 MICHAEL J. IOANNOU
                                                 Attorneys for Defendant WIPRO, INC.

# [~~PROPOSED~~] ORDER

Pursuant to stipulation, IT IS HEREBY ORDERED, that the dates set forth in the modified Case Management Scheduling Order, entered on December 14, 2010 ("Scheduling Order") (Docket No. 51) be modified as follows:

| | |
|---|---|
| Close of Non-Expert Discovery | March 28, 2011 |
| Plaintiffs' Expert Disclosures | April 7, 2011 |
| Defendant's Expert Disclosures | April 18, 2011 |
| Further Case Management Conference | ~~April 21, 2011 @ 10:00 a.m.~~ 3/31/11 @ 10:00 a.m. |
| Close of Expert Discovery | May 4, 2011 |
| Meet and Confer re Pretrial Conference | May 9, 2011 |
| Dispositive Motions Heard No Later Than | ~~May 5, 2011~~ April 21, 2011 |
| Submit Pretrial Statements | May 18, 2011 |
| Final Pre-Trial Conference | May 26, 2011 @ 10:00 a.m. |
| Jury Trial Begins | June 6, 2011 |

Dated: __3/3_____, 2011

By: _____
   The Honorable Richard Seeborg
   UNITED STATES DISTRICT JUDGE