1  STEPHEN E. MORRISSEY (187865)
   SUSMAN GODFREY L.L.P.
2  1901 Avenue of the Stars, Suite 950
   Los Angeles, CA 90067-6029
3  Telephone:  (310) 789-3100
   Fax:  (310) 789-3150
4  Email:  smorrissey@susmangodfrey.com

5
   DANIEL J. WALKER (admitted *pro hac vice*)
6  SUSMAN GODFREY L.L.P.
   1201 Third Avenue, Suite 3800
7  Seattle, WA 98101-3000
   Telephone:  (206) 516-3880
8  Fax:  (206) 516-3883
   Email:  dwalker@susmangodfrey.com
9  *Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| PRAVIN JAIN, RANDY HOLTHAUS, DILIP KUKREJA, MARK WARNER, and DOUGLAS TANNER,<br><br>Plaintiffs,<br><br>vs.<br><br>WIPRO, INC., a Delaware corporation, and DOES 1 THROUGH 100,<br><br>Defendants. | Case No.: 5:09-cv-02743-RS<br><br>**STIPULATION AND [PROPOSED] ORDER TO ADJOURN AND RESCHEDULE FURTHER CASE MANAGEMENT CONFERENCE**<br>AS MODIFIED BY THE COURT |

Plaintiffs Pravin Jain, Randy Holthaus, Dilip Kukreja, Mark Warner, and Douglas Tanner (collectively "Plaintiffs") and Defendant Wipro, Inc. ("Wipro") agree and stipulate as follows:

As Part of the Scheduling Order entered on March 3, 2011, the Court set a Further Case Management Conference for March 31, 2011 rather than the April 21, 2011 date proposed by the parties;

Lead counsel for Plaintiffs, Stephen Morrissey' hopes to attend any Further Case Management Conference, but has a scheduling conflict with a previously arranged family trip on March 31, 2011;

Additionally, under the current schedule, the parties' oppositions to the pending cross-motions for summary judgment are due on April 1, 2011, the day after the currently scheduled Further Case Management Conference, and traveling to San Francisco for a Conference on March 31 would complicate the parties' preparation for that filing;

The parties believe that holding the Conference in April 2011 will allow them more time to identify issues that should be addressed at the Conference;

The parties accordingly propose continuing the Further Case Management Conference to April 7, 2011, or such later date as may be convenient for the Court;

Consequently, IT IS HEREBY STIPULATED between Plaintiffs and Wipro, through their respective counsel of record, and pursuant to Civil Local Rule 6-2, that, to the extent allowed by the Court's calendar, the dates set forth in the Scheduling Order entered on March 3, 2011 should be modified to adjourn the Further Case Management Conference now scheduled for March 31, 2011 and reset it for April 7, 2011 or such later date as may be convenient for the Court.

1   Case No. 5:09-CV-02743 RS
Stipulation To and [Proposed] Order To Adjourn and Reschedule Further Case Management Conference

1504564v1/011249

IT IS SO STIPULATED.

Dated: March 23, 2011                         SUSMAN GODFREY LLP

                                              By:   */s/ Stephen E. Morrissey*

                                              Stephen E. Morrissey (187865)
                                              1901 Avenue of the Stars, Suite 950
                                              Los Angeles, CA 90067-6029
                                              (310) 789-3100
                                              (310) 789-3150 (fax)
                                              Email: smorrissey@susmangodfrey.com

                                              Daniel J. Walker (admitted *pro hac vice*)
                                              SUSMAN GODFREY L.L.P.
                                              1201 Third Avenue, Suite 3800
                                              Seattle, Washington 98101-3000
                                              (206) 516-3880
                                              (206) 516-3883 (fax)
                                              Email: dwalker@susmangodfrey.com

                                              *Attorneys for Plaintiffs*

Dated: March 23, 2011                         MICHAEL J. IOANNOU
                                              DANIEL P. MCKINNON
                                              ROPERS, MAJESKI, KOHN & BENTLEY

                                              By:   */s/ Michael J. Ioannou (with permission)*
                                                    Michael J. Ioannou
                                              *Attorneys for Defendant Wipro, Inc.*

I, Stephen E. Morrissey, am the ECF user whose identification and password are being used to file this [proposed] order re stipulation to modify case schedule. In compliance with General Order 45.X.B, I hereby attest that the other signatory has concurred in this filing.

Dated: December 14, 2010                      SUSMAN GODFREY L.L.P.

                                              By: /s/ Stephen E. Morrissey
                                                    Stephen E. Morrissey
                                              Attorneys for Plaintiffs Pravin Jain, Randy Holthaus,
                                              Dilip Kukreja, Mark Warner, And Douglas Tanner

2                                                                    Case No. 5:09-CV-02743 RS
Stipulation To and [Proposed] Order To Adjourn and Reschedule Further Case Management Conference

1504564v1/011249

1 **[PROPOSED] ORDER**

2   Pursuant to stipulation, IT IS HEREBY ORDERED, that the Further Case Management
3 Conference previously scheduled for March 31, 2011 is adjourned, and a Further Case
4 Management Conference shall be held on ~~April~~ May 26, __, 2011 at 10:00 a.m. All other dates in the
5 Modified Scheduling Order entered on March 3, 2011 shall remain the same.

6

7 Dated: __3/23_____, 2011

8   By: /s/ Richard Seeborg
9   Honorable Richard Seeborg
    UNITED STATES DISTRICT JUDGE

28   3   Case No. 5:09-CV-02743 RS
Stipulation To and [~~Proposed~~] Order To Adjourn and Reschedule Further Case Management Conference

1504564v1/011249