1  MICHAEL J. IOANNOU (SBN 95208)
   LITA M. VERRIER (SBN 181183)
2  DANIEL P. McKINNON (SBN 234749)
   ROPERS, MAJESKI, KOHN & BENTLEY
3  50 West San Fernando Street, Suite 1400
   San Jose, CA  95113-2429
4  Telephone:  (408) 287-6262
   Facsimile:  (408) 918-4501
5  mioannou@rmkb.com; lverrier@rmkb.com
   dmckinnon@rmkb.com
6
7  Attorneys for Defendant
   WIPRO, INC., a Delaware corporation

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10               SAN FRANCISCO DIVISION

11

12 PRAVIN JAIN, RANDY HOLTHAUS,         CASE NO.  5:09-cv-02743 RS
   DILIP KUKREJA, MARK WARNER and
13 DOUGLAS TANNER,                      **[PROPOSED] ORDER GRANTING
                                        PLAINTIFFS' MOTION FOR
14              Plaintiffs,             ADMINISTRATIVE RELIEF TO FILE
                                        DEFENDANT WIPRO, INC.'S
15        v.                            CONFIDENTIAL DOCUMENTS UNDER
                                        SEAL**
16 WIPRO, INC., a Delaware corporation,

17              Defendant.              **Date: April 21, 2011
                                        Time: 1:30 p.m.
18                                      Courtroom: 3, 17th Floor
                                        The Honorable Richard Seeborg**
19

20

21       Based upon Plaintiffs' Motion for Administrative Relief to file documents under seal filed

22 on March 25, 2011 (Docket No. 73), the Declaration of Michael J. Ioannou in Support of

23 Plaintiff's Motion for Administrative Relief to File Documents Under Seal filed April 4, 2011,

24 and FOR GOOD CAUSE shown,

25       IT IS HEREBY ORDERED that Plaintiffs' Motion for Administrative Relief to File

26 Documents Under Seal is GRANTED and Plaintiffs shall file under seal the following:

27    • Exhibit 6 attached to the Declaration of Daniel J. Walker in Support of Plaintiffs'
        Motion for Summary Judgment filed March 25, 2011;
28

---

RC1/5944552.1/KS2

[Proposed] Order Granting Plaintiffs' Motion for
Administrative Relief – Case No. 5:09-cv-02743 RS

- Exhibit 7 attached to the Declaration of Daniel J. Walker in Support of Plaintiffs' Motion for Summary Judgment filed March 25, 2011;

- Exhibit 14 attached to the Declaration of Daniel J. Walker in Support of Plaintiffs' Motion for Summary Judgment filed March 25, 2011;

- Exhibit 15 attached to the Declaration of Daniel J. Walker in Support of Plaintiffs' Motion for Summary Judgment filed March 25, 2011;

- Exhibit 20 attached to the Declaration of Daniel J. Walker in Support of Plaintiffs' Motion for Summary Judgment filed March 25, 2011;

- Exhibit 40 attached to the Declaration of Daniel J. Walker in Support of Plaintiffs' Motion for Summary Judgment filed March 25, 2011;

- Exhibit 43 attached to the Declaration of Daniel J. Walker in Support of Plaintiffs' Motion for Summary Judgment filed March 25, 2011.

Dated: ___4/7_____, 2011

_____
The Honorable Richard Seeborg
Judge, United States District Court

- 2 -

RC1/5944552.1/KS2

[Proposed] Order Granting Plaintiffs' Motion for Administrative Relief – Case No. 5:09-cv-02743 RS