*E-Filed 8/19/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

PRAVIN JAIN,  No. C 09-2743 RS

       Plaintiff,  **ORDER RE: DISCOVERY**

  v.

WIPRO, INC.,

       Defendant.
_____/

The Court has received and reviewed both parties' letter briefs in regard to the fact discovery deadline imposed in the Case Management Scheduling Order issued June 30, 2011. The deadlines established in that Order remain in place, and defendant may complete the deposition of third-party witness Kedia.

IT IS SO ORDERED.

Dated: 8/19/11

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

No. C 09-2743 RS
ORDER