*E-Filed 9/1/11*

MICHAEL J. IOANNOU (SBN 95208)
DANIEL P. McKINNON (SBN 234749)
ROPERS, MAJESKI, KOHN & BENTLEY
50 West San Fernando Street, Suite 1400
San Jose, CA 95113-2429
Telephone: (408) 287-6262
Facsimile: (408) 918-4501
Email: mioannou@rmkb.com;
dmckinnon@rmkb.com

Attorneys for Defendant
WIPRO, INC., a Delaware Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PRAVIN JAIN, RANDY HOLTHAUS, DILIP KUKREJA, MARK WARNER, and DOUGLAS TANNER,<br><br>Plaintiffs,<br><br>v.<br><br>WIPRO, INC., a Delaware corporation,<br><br>Defendants. | CASE NO. 5:09-cv-02743-RS<br><br>**STIPULATION TO MODIFY CASE MANAGEMENT SCHEDULING ORDER; [~~PROPOSED~~] ORDER** |

IT IS HEREBY STIPULATED, by and between Plaintiffs PRAVIN JAIN, RANDY HOLTHAUS, DILIP KUKREJA, MARK WARNER, and DOUGLAS TANNER (collectively "Plaintiffs") and Defendant WIPRO, INC. ("Wipro" or "Defendant"), through their respective counsel of record, and pursuant to Civil Local Rule 6-2, that the Case Management Scheduling Order filed on June 30, 2011 ("Scheduling Order")(Doc. 125), be modified to allow expert depositions, non-party witness Ashwin Kedia's ("Kedia") deposition, and the deposition of Deepak Chandran ("Chandran"), to be taken on or before November 15, 2011. The parties further request that the Case Management Conference currently set for September 15, 2011, be vacated and reset to November 17, 2011, following the completion of these depositions.

Pursuant to the Scheduling Order and Order Re: Discovery filed on August 19, 2011

1  (Doc. 129), expert and non-expert discovery was to be completed on or before September 15,
2  2011. The parties are working together to schedule the depositions of their experts. In order to
3  accommodate the availability of the experts and counsel, the parties agree to extend the time to
4  complete expert depositions to September 15, 2011.

5  The deposition of non-party witness Kedia is currently scheduled for September 6, 2011,
6  pursuant to a properly served subpoena. The parties stipulate as set forth herein because Kedia
7  has recently informed counsel for Wipro that he is currently in India attending to his sick mother
8  and was still to be in India on September 6, 2011. Kedia further stated that his early departure
9  from India and return to the United States would cause discomfort for him and his family. The
10 modification to the Scheduling Order will permit Kedia to avoid the expense and other hardships
11 of returning to the United States for deposition on September 6, 2011.

12 Chandran is a PMK witness for Wipro and resides in India. His deposition was taken in
13 India, but was not completed. Chandran is currently in Singapore and the parties are working
14 together to schedule his further deposition here in the United States.

15 Trial in this matter is not scheduled to commence until September 10, 2012. *See* Doc. No.
16 125. Allowing the depositions of the experts, Kedia, and Chandran to be completed on or before
17 November 15, 2011, will not prejudice the parties, or impose any burden on the Court.

18 Further, the parties request that the Case Management Conference currently scheduled for
19 September 15, 2011, be vacated and reset to November 17, 2011, following the completion of
20 these depositions.

21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

IT IS SO STIPULATED:

Dated: September 1, 2011     ROPERS, MAJESKI, KOHN & BENTLEY

By: /s/ Michael J. Ioannou
    MICHAEL J. IOANNOU
    Attorneys for Defendant
    WIPRO, INC.

Dated: September 1, 2011     SUSMAN GODFREY LLP

By: /s/ Stephen E. Morrissey
    STEPHEN E. MORRISSEY
    Attorneys for Plaintiffs
    PRAVIN JAIN, RANDY HOLTHAUS,
    DILIP KUKREJA, MARK WARNER, and
    DOUGLAS TANNER

I, Michael J. Ioannou, am the ECF user whose identification and password are being used to file this stipulation. In compliance with General Order 45.X.B, I hereby attest that the other signatory has concurred in this filing.

Dated: September 1, 2011     ROPERS, MAJESKI, KOHN & BENTLEY

By: /s/ Michael J. Ioannou
    MICHAEL J. IOANNOU
    Attorneys for Defendant
    WIPRO, INC.

## [~~PROPOSED~~] ORDER

Pursuant to the above stipulation,

IT IS HEREBY ORDERED that the Case Management Scheduling Order filed on June 30, 2011 (Doc. 125), be modified to allow the depositions of the parties' experts, non-party Ashwin Kedia, and Deepak Chandran, to be taken on or before November 15, 2011.

IT IS FURTHER ORDERED that the Case Management Conference currently scheduled for September 15, 2011, be VACATED. The Case Management Conference is reset for November 17, 2011.

Dated:    9/1/11

_____
RICHARD SEEBORG
United States District Judge

RC1/6132725.2/DPM     - 3 -     **CASE NO. 5:09-cv-02743-RS**

**Stipulation to Modify Case Management Scheduling Order; [~~Proposed~~] Order**