1

2                                    *E-FILED 09-06-2011*

3

4

5

6

7                                  NOT FOR CITATION

8                  IN THE UNITED STATES DISTRICT COURT

9                FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                            SAN JOSE DIVISION

11   PRAVIN JAIN, RANDY HOTHAUS, DILIP          No. C09-02743 RS
     KUKREJA, MARK WARNER and DOUGLAS
12   TANNER,                                    **ORDER (1) GRANTING IN PART AND
                                                DENYING IN PART WIPRO'S MOTION
13             Plaintiffs,                       TO SEAL DOCUMENTS; AND (2)
                                                GRANTING IN PART AND DENYING IN
14      v.                                      PART MOTIONS TO QUASH
                                                SUBPOENAS OR FOR PROTECTIVE
15   WIPRO, INC.,                               ORDER**

16             Defendant.                       **[Re:   Docket Nos. 36, 39, 44]**

17

18         Several nonparty law firms and their attorneys moved to quash subpoenas served by

19   defendant Wipro, Inc. (Wipro).  In sum, the subpoenaed firms and attorneys were, at various

20   points during the litigation, all counsel of record in an underlying state court lawsuit between

21   Ashwin Kedia (not a party to the instant action) and plaintiff Pravin Jain and Wipro.  Jain also

22   moved to quash, or alternatively for a protective order, re a subpoena Wipro served on Kedia.

23   Wipro opposed the motions.  Wipro also requested sealing as to several exhibits appended to

24   the Ioannou Declaration.  This court has considered the moving and responding papers, as well

25   as the arguments of counsel, and issues this order to memorialize the oral rulings made at the

26   motion hearing.

27         Wipro's motion to seal is granted as to Exhibits 1 and 5.  With respect to Exhibits 2-4, 6

28   and 9, it was agreed at the hearing that KVN would review those documents and notify the

**United States District Court**
For the Northern District of California

United States District Court

For the Northern District of California

1  court within 48 hours if KVN believed sealing was required.  The court having received no such

2  notice from KVN, the motion to seal those exhibits is denied.  The motion to seal is also denied

3  as to Exhibit 7, the parties having indicated that they have no objection to the public filing of

4  that document.

5       The motion to quash, or alternatively, for protective order as to the subpoena served on

6  Kedia is granted in part and denied in part.  Jain and his counsel acknowledged that they have

7  no standing to quash the Kedia subpoena, particularly when this court was told that Kedia

8  agreed to cooperate with the discovery requested by Wipro.  Nevertheless, as a participant in

9  the underlying mediation in the state court case, Jain has standing to assert objections based on

10  the mediation privilege.  And, the parties agree that conversations that occurred in the mediation

11  context are privileged.  Accordingly, the court will not preclude Kedia's deposition.  However,

12  mediation-related communications are off-limits.

13       The motions to quash are granted as to all the other subpoenas at issue.  The discovery

14  sought is neither relevant nor reasonably calculated to lead to the discovery of admissible

15  evidence.  FED. R. CIV. P. 26(b)(1).  Even if the discovery sought were relevant, the court finds

16  that its likely benefit is outweighed by the burden and expense that would be imposed.  FED. R.

17  CIV. P. 26(b)(2)(C)(iii).  Moreover, the subpoenas, on their face, appear to seek information that

18  is protected by the attorney-client privilege or the attorney work product doctrine.

19       Even so, KVN's request for reimbursement of its attorney's fees incurred in connection

20  with this discovery dispute is denied.  On the record presented, the court finds that an award of

21  fees is not warranted.

22       SO ORDERED.

23  Dated: September 6, 2011

24  _____

25  HOWARD R. LLOYD
    UNITED STATES MAGISTRATE JUDGE

26

27

28

2

**United States District Court**

For the Northern District of California

1    5:09-cv-02743-RS Notice has been electronically mailed to:

2    Daniel J Walker     dwalker@susmangodfrey.com, canderson@susmangodfrey.com

3    Daniel Paul McKinnon     dmckinnon@rmkb.com, ghuerta@rmkb.com, knguyen@rmkb.com

4    Jon Mark Thacker     jthacker@rmkb.com, bsafadi@ropers.com, dbautista@rmkb.com,
     knguyen@rmkb.com

5
     Michael J. Ioannou     mioannou@rmkb.com, dmckinnon@rmkb.com,
6    jlove-forensich@rmkb.com, kmatulewicz@rmkb.com, knguyen@rmkb.com,
     landara@rmkb.com, lverrier@rmkb.com, mmcpherson@rmkb.com, nbatchelder@rmkb.com,
7    svillaflor@rmkb.com

8    Stephen Edward Morrissey     smorrissey@susmangodfrey.com, eball@susmangodfrey.com,
     hwhite@susmangodfrey.com, jdolan@susmangodfrey.com
9
     Susan J. Harriman     SHarriman@kvn.com, efiling@kvn.com, jsmith@kvn.com,
10   ndao@kvn.com

11   Counsel are responsible for distributing copies of this document to co-counsel who have not
     registered for e-filing under the court's CM/ECF program.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3