*E-Filed 1/20/12*

MICHAEL J. IOANNOU (SBN 95208)
DANIEL P. McKINNON (SBN 234749)
ROPERS, MAJESKI, KOHN & BENTLEY
50 West San Fernando Street, Suite 1400
San Jose, CA  95113-2429
Telephone:  (408) 287-6262
Facsimile:  (408) 918-4501
mioannou@rmkb.com; lverrier@rmkb.com
dmckinnon@rmkb.com

Attorneys for Defendant
WIPRO, INC., a Delaware corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PRAVIN JAIN, RANDY HOLTHAUS, DILIP KUKREJA, MARK WARNER and DOUGLAS TANNER,<br><br>Plaintiffs,<br><br>v.<br><br>WIPRO, INC., a Delaware corporation,<br><br>Defendant. | CASE NO.  5:09-cv-02743 RS<br><br>**STIPULATION [AND ~~PROPOSED~~ ORDER] DISMISSING ACTION WITH PREJUDICE**<br><br>**The Honorable Judge Richard Seeborg**<br><br>**Complaint filed: May 21, 2009** |

IT IS HEREBY STIPULATED by and between the parties to this action, through their designated counsel, that the above-captioned case be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure, rule 41(a)(1).  Each party is to bear its own fees and costs.

Dated:  January 20, 2012.                          ROPERS, MAJESKI, KOHN & BENTLEY


By: _____*/s/ Daniel P. McKinnon*_____
    MICHAEL J. IOANNOU
    DANIEL P. MCKINNON
    Attorneys for Defendant
    WIPRO, INC.

Dated: January 20, 2012.  SUSMAN GODFREY, LLP

By: */s/ Stephen E. Morrissey*
 STEPHEN E. MORRISSEY,
 Attorneys for Plaintiffs
 PRAVIN JAIN, RANDY HOLTHAUS,
 DILIP KUKREJA, MARK WARNER,
 AND DOUGLAS TANNER

I, Daniel P. McKinnon, am the ECF user whose identification and password are being used to file this stipulation. In compliance with General Order 45 X.B., I hereby attest that the other signatories have concurred in this filing.

Dated: January 20, 2012.  ROPERS, MAJESKI, KOHN & BENTLEY

By: */s/ Daniel P. McKinnon*
 MICHAEL J. IOANNOU
 DANIEL P. MCKINNON
 Attorneys for Defendant
 WIPRO, INC.

### [PROPOSED] ORDER

IT IS SO ORDERED.

Dated: 1/20, 2012.  _____
 JUDGE RICHARD SEEBORG
 UNITED STATES DISTRICT COURT JUDGE