MICHAEL J. IOANNOU (SBN 95208)
DANIEL P. McKINNON (SBN 234749)
ROPERS, MAJESKI, KOHN & BENTLEY
50 West San Fernando Street, Suite 1400
San Jose, CA  95113-2429
Telephone:  (408) 287-6262
Facsimile:  (408) 918-4501
mioannou@rmkb.com; lverrier@rmkb.com
dmckinnon@rmkb.com

Attorneys for Defendant
WIPRO, INC., a Delaware corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PRAVIN JAIN, RANDY HOLTHAUS, DILIP KUKREJA, MARK WARNER and DOUGLAS TANNER,<br><br>Plaintiffs,<br><br>v.<br><br>WIPRO, INC., a Delaware corporation,<br><br>Defendant. | CASE NO.  5:09-cv-02743 RS<br><br>**STIPULATION [AND ~~PROPOSED~~ ORDER] DISMISSING ACTION WITH PREJUDICE**<br><br>**The Honorable Judge Richard Seeborg**<br><br>**Complaint filed: May 21, 2009** |

IT IS HEREBY STIPULATED by and between the parties to this action, through their designated counsel, that the above-captioned case be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure, rule 41(a)(1).  Each party is to bear its own fees and costs.

Dated:  January 20, 2012.                ROPERS, MAJESKI, KOHN & BENTLEY


By: _____*/s/ Daniel P. McKinnon*_____
       MICHAEL J. IOANNOU
       DANIEL P. MCKINNON
       Attorneys for Defendant
       WIPRO, INC.

1 | Dated: January 20, 2012.    SUSMAN GODFREY, LLP

By: ___/s/ Stephen E. Morrissey___
STEPHEN E. MORRISSEY,
Attorneys for Plaintiffs
PRAVIN JAIN, RANDY HOLTHAUS,
DILIP KUKREJA, MARK WARNER,
AND DOUGLAS TANNER

I, Daniel P. McKinnon, am the ECF user whose identification and password are being used to file this stipulation. In compliance with General Order 45 X.B., I hereby attest that the other signatories have concurred in this filing.

Dated: January 20, 2012.    ROPERS, MAJESKI, KOHN & BENTLEY

By: ___/s/ Daniel P. McKinnon___
MICHAEL J. IOANNOU
DANIEL P. MCKINNON
Attorneys for Defendant
WIPRO, INC.

**[PROPOSED] ORDER**

IT IS SO ORDERED.

Dated: __1/20__, 2012.    _____
JUDGE RICHARD SEEBORG
UNITED STATES DISTRICT COURT JUDGE